IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                        No. 4:18-cr-42-DPM-4

BEAU BRANDON HAYDON                                      DEFENDANT

## ORDER

Haydon moves for early termination of his supervised release. The Probation Office and the United States don't oppose early termination. All material things considered, the interests of justice favor granting the motion, *Doc. 184*. 18 U.S.C. § 3583(e). Haydon's supervised release has ended. Well done.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 July 2025